IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:14-CR-74-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GREGORY COLE | ) | |
| | ) | |

This matter is before the Court by Defendant's This matter is before the Court by Defendant's *Motion to Seal Sentencing Memorandum* filed with this Court on October 4, 2015. For good cause shown, it is hereby ORDERED that Defendant's Sentencing Memorandum be filed under seal.

IT IS SO ORDERED.

This, the  5  day of October , 2015

_____
JAMES C. DEVER III
CHIEF U.S. DISTRICT COURT JUDGE